Serial: 262582

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2024-BR-01041-SCT

*ERIC JOHN HESSLER*                                                                 *Petitioner*

*v.*

*THE MISSISSIPPI BAR*                                                                *Respondent*

FILED

MAY 21 2026

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

### EN BANC ORDER

Now before the en banc Court is the petition and supplemental petition for reinstatement from deferred suspension filed by Eric John Hessler.

On June 22, 2022, the Louisiana Supreme Court suspended Hessler from the practice of law for a period of one year and one day, with the suspension deferred in its entirety. Hessler was further ordered to participate in a two-year diagnostic-monitoring agreement with the Judges and Lawyers Assistance Program (JLAP), and he was placed on probation for the duration of the monitoring period.

On October 5, 2025, this Court imposed reciprocal discipline upon Hessler pursuant to Rule 13 of the Rules of Discipline for the Mississippi State Bar.[1] This Court suspended Hessler from the practice of law for a period of one year and one day, with the suspension deferred in its entirety. The suspension was applied retroactively to June 22, 2022. This Court further required Hessler to petition this Court for reinstatement, to prove his

---

[1]Before renumbering effective July 11, 2023, Rule 13 previously appeared as Rule 12 of the Rules of Discipline for the Mississippi State Bar.

compliance with the terms of his suspension in Louisiana, and also to successfully take the Multistate Professional Responsibility Examination (MPRE) before he could be reinstated to the practice of law in Mississippi.

Hessler now has petitioned this Court for reinstatement and has attached exhibits that confirm his compliance with the terms of his suspensions in Louisiana and Mississippi. We find that Hessler's petition meets the jurisdictional requirements for reinstatement under Rule 13. Also, the Mississippi Bar filed its answer in support of Hessler's reinstatement on January 30, 2026.

IT IS, THEREFORE, ORDERED, that Eric John Hessler is hereby reinstated to the practice of law in Mississippi.

SO ORDERED, this the 21st day of May, 2026.

JENIFER B. BRANNING, JUSTICE
FOR THE COURT

**ALL JUSTICES AGREE.**

2